UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ARTURO PEREZ RAMIREZ,<br><br>　　　　　　Defendant. | Case No. M24-766<br><br>DETENTION ORDER |

Defendant Arturo Perez Ramirez is charged with unlawful possession of a firearm, 18 U.S.C. § 922(g)(1), and unlawful possession of ammunition, 18 U.S.C. § 922(g)(1). The Court held a detention hearing on June 9, 2025, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as this case involves a serious risk Mr. Perez Ramirez will flee.

2. Mr. Perez Ramirez stipulated to detention. The government does not oppose reopening the detention hearing at a later date.

3. Mr. Perez Ramirez was not interviewed by Pretrial Services. Therefore, there is

DETENTION ORDER - 1

1        limited information available about him.

2    4.    Mr. Perez Ramirez poses a risk of nonappearance due to noncompliance under supervision. In addition, he was not interviewed so his ties to this district are unknown. Mr. Perez Ramirez poses a risk of danger due to his criminal history and the nature of the instant offense.

3    5.    Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Perez Ramirez's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1)    Mr. Perez Ramirez shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)    Mr. Perez Ramirez shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Perez Ramirez is confined shall deliver Mr. Perez Ramirez to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Perez Ramirez, to the United States Marshal, and to the United States Pretrial Services Officer.

1   DATED this 9th day of June, 2025.

2

3

4   MICHELLE L. PETERSON
    United States Magistrate Judge

DETENTION ORDER - 3